## 30121. McALLISTER v̇. PEACOCK.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 11, 1975.

Eugene K. McAllister, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 30474. ANDERSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 2, 1975.

Henry Anderson, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 30477. BRITTEN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 2, 1975.

Earnest Britten, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.